1
2
3
4
5
6               UNITED STATES DISTRICT COURT
7               SOUTHERN DISTRICT OF CALIFORNIA
8
9    UNITED STATES OF AMERICA,              Case No.: 23-cr-1773-JO
10                             Plaintiff,
                                            **ORDER CONTINUING MOTION**
11   v.                                     **HEARING/TRIAL SETTING**
12   SILVINO VASQUEZ JACINTO (2),
13                             Defendant.
14

15         On November 2, 2023, the parties filed a Joint Motion to Continue the Motion

16   Hearing/Trial Setting currently set for December 1, 2023 to January 12, 2024. For good

17   cause appearing, the Court GRANTS the joint motion to continue [Dkt. 64] and sets the

18   Motion Hearing/Trial Setting on January 12, 2024 at 1:30 p.m.

19         For the reasons set forth in the joint motion, the Court finds that the ends of justice

20   will be served by granting the requested continuance, and these outweigh the interests of

21   the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this

22   continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

23   //
24   //
25   //
26   //
27   //
28   //

1        Further, on September 14, 2023, the Defendant filed a pretrial motion that remains

2    pending. On October 31, 2023, the Defendant filed additional pretrial motions that remain

3    pending. Accordingly, the Court finds that time from September 14, 2023 to January 12,

4    2024 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is

5    pending. 18 U.S.C. § 3161(h)(1)(D).

6        IT IS SO ORDERED.

7    Dated:_____11/15/23_____

8                                              Hon. Jinsook Ohta
                                              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28